# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| Charles Garrett, *on behalf of himself and all others similarly situated*,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AFNI, Inc.,<br><br>　　　　　Defendant. | **Civil Action No: 1:22-cv-01067-SEB-MG** |

## ORDER OF DISMISSAL OF DEFENDANT AFNI, INC. WITH PREJUDICE

Comes now Plaintiff, Charles Garrett, and Defendant, AFNI, Inc., ("AFNI"), by counsel, and having filed their Stipulation for Dismissal with Prejudice and the Court having examined said Stipulation and being duly and sufficiently advised in the premises, now finds that all matters at issue between Plaintiff in his individual capacity and AFNI have been resolved and settled and that AFNI should be dismissed with prejudice.

IT IS HEREBY ORDERED, ADJUGED AND DECREED that this cause of action between Plaintiff in his individual capacity and AFNI is hereby dismissed with prejudice, without costs, disbursements, or attorneys' fees to either party.

Date: 6/23/2023

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution will be made electronically
on all ECF registered counsel of record
via email generated by the Court's ECF system